UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:02-CR-233

v.

HON. ROBERT HOLMES BELL

WILLIE FIELDS,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #34). Based on a review of Defendant's motion, the Sentence Modification Report, submissions by defense counsel and the government, and the original criminal file, the Court has determined that the motion should be denied as follows:

Defendant was sentenced on Count 2 of an Indictment charging Distribution of an Unspecified Amount of Cocaine in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).. Defendant was sentenced as a career offender within the meaning of U.S.S.G. § 4B1.1(a). As such, defendant is ineligible for a reduction in sentence. Accordingly,

Defendant's Motion for Modification or Reduction of Sentence (docket #34) is **DENIED**.

DATED: October 23, 2009      /s/ Robert Holmes Bell
    ROBERT HOLMES BELL
    UNITED STATES DISTRICT JUDGE